

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00029-CV

**AUTOBUSES ZAVALA PLUS**,
Appellant

v.

Maria Torres **MARTINEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI02517
Honorable David A. Canales, Judge Presiding

## O R D E R

The appellant's third motion for extension of time to file brief is hereby GRANTED. Time is extended to August 23, 2018. **Further requests for an extension of time will be disfavored**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court